JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1708

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

8:06cv600

### CONDITIONAL TRANSFER ORDER (CTO-20)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 261 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #         CASE CAPTION

**ALABAMA SOUTHERN**
ALS 1  06-611            Johnnie W. Palmer v. Guidant Corp., et al.
~~ALS 1  06-644~~        ~~Arthur T. Sims, et al. v. Guidant Sales Corp., et al.~~ Opposed 11/21/06

**ARKANSAS EASTERN**
ARE 4  06-1417           Wallace Nunnelly v. Guidant Corp., et al.

**CALIFORNIA CENTRAL**
CAC 2  06-6391           David Kostrach v. Guidant Corp., et al.
CAC 8  06-870            Noha Chehade-Aoude v. Guidant Corp.

**FLORIDA MIDDLE**
FLM 2  06-530            Amin Elrashedy, et al. v. Guidant Corp., et al.
FLM 6  06-1432           Eudaldo Alvarez, et al. v. Guidant Corp., et al.
FLM 6  06-1433           Charles A. Johnson, et al. v. Guidant Corp., et al.
FLM 6  06-1477           Thomas J. Boro, et al. v. Guidant Corp., et al.
FLM 6  06-1478           John L. Alberson v. Guidant Corp., et al.
FLM 8  06-1645           Richard Larson, et al. v. Guidant Corp., et al.
FLM 8  06-1827           Elijah Vinson v. Guidant Corp., et al.
FLM 8  06-1828           Sally A. Coon, et al. v. Guidant Corp., et al.

**FLORIDA SOUTHERN**
FLS 0  06-61413          Etoile Rahn Means v. Guidant Corp., et al.
FLS 2  06-14236          Barbara Joan Kretzschmar, et al. v. Guidant Corp., et al.

**GEORGIA NORTHERN**
GAN 4  06-205            Lavanson Chuck Hawley, etc. v. Boston Scientific Corp., et al.

**KANSAS**
KS 6  06-1287            Vivian L. Sackhoff, etc. v. Guidant Corp., et al.

**LOUISIANA EASTERN**
LAE 2  06-6051           Darlene Petry v. Guidant Corp., et al.
LAE 2  06-6632           Doris Lewis, etc. v. Guidant Sales Corp.

**LOUISIANA WESTERN**
LAW 6  06-1530           Denice C. Skinner, etc. v. Guidant Corp., et al.

**MASSACHUSETTS**
MA 1  06-11716           Robert T. McKim, et al. v. Guidant Corp.

**NEBRASKA**
NE 8  06-600             Henry Levering, et al. v. Guidant Corp., et al.

**OKLAHOMA NORTHERN**
OKN 4  06-461            Louie Stewart v. Guidant Corp., et al.

SCHEDULE CTO-20 TAG-ALONG ACTIONS (MDL-1708)                                                       Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-2270 | Ann McGaughran, etc. v. Boston Scientific Corp., et al. |
| **PENNSYLVANIA MIDDLE** | |
| PAM 1 06-1976 | Ethel Smith, et al. v. Guidant Corp., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-1220 | Mariano Petilla, M.D. v. Guidant Corp., et al. |
| PAW 2 06-1221 | Richard Mattia, et al. v. Guidant Corp., et al. |
| **TEXAS EASTERN** | |
| TXE 1 06-592 | Victor Brasuell v. Boston Scientific Corp., et al. |
| TXE 1 06-593 | Joseph Boudreaux v. Boston Scientific Corp., et al. |
| TXE 2 06-409 | Peter B. Bogda, et al. v. Guidant Corp., et al. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-541 | Charles F. Brown v. Guidant Corp., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 06-429 | Margaret Collette, etc. v. Boston Scientific Corp., et al. |

INVOLVED COUNSEL LIST (CTO-20)
DOCKET NO. 1708
IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Belinda Erica Aguilar
Feldman, Franden, Woodard, Farris & Boudreaux
525 South Main
Suite 1000
Tulsa, OK 74103-4514

Thomas R. Anapol
Anapol, Schwartz, Weiss, et al.
1900 Delancey Place
Philadelphia, PA 19103

Vance R. Andrus
Andrus, Boudreaux, Lemoine & Tonore
416 W. Main Street
Lafayette, LA 70502

Richard J. Arsenault
Neblett, Beard & Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309-1190

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Frank L. Branson III
Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, TX 75205-4185

Todd R. Brown
Meyers, Kenrick, Giuffre & Evans
600 Grant Street
Suite 5745
Pittsburgh, PA 15219

Dale Lane Buchanan
Dale L. Buchanan & Associates
6576 East Brainerd Road
Chattanooga, TN 37421

Mark E. Burton, Jr.
Hersh & Hersh
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388

Jeffrey N. Catalano
Todd & Weld, LLP
28 State Street
31st Floor
Boston, MA 02109

Noha Chehade-Aoude
17141 Sims Street
Huntington Beach, CA 92649

Andrew T. Citrin
Citrin & Mcglothren
P.O. Drawer 2187
Daphne, AL 36526

Louis Claiborne Dugas
Clay Dugas & Associates, P.C.
805 Park Street
Beaumont, TX 77701

Edward Anthony Fiorella, Jr.
Fraim & Fiorella
150 Boush Street
Suite 601
Norfolk, VA 23510

Wilfried H. Florin
Florin, Roebig, PA
777 Alderman Road
Palm Harbor, FL 34683

Michael Steven Goetz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd.
Suite 1790
Tampa, FL 33602

Darolyn Yoshie Hamada
Shook, Hardy & Bacon, LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546

William Todd Harvey
Whatley Drake & Kallas, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Jona R. Hefner
Hefner & Associates
3441 W. Memorial Road, Suite 4
Oklahoma City, OK 73134-7000

David P. Hersh
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112

Barry M. Hill
Hill & Williams, PLLC
89-12th Street
Wheeling, WV 26003

Andrew J. Hoffman
Strope, Krotter & Gotschall
P.O. Box 858
O'Neill, NE 68763-0858

Michael K. Huffer
Cassem, Tierney Law Firm
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
8100 East 22nd Street, North
Building 1200
Wichita, KS 67226-2312

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

M. Samuel Jones III
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Bruce S. Kingsdorf
Barrios, Kingsdorf & Casteix, L.L.P.
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650

Matthew E. Lundy
Lundy & Davis
P.O. Box 3010
Lake Charles, LA 70602-3010

Eileen Tilghman Moss
Shook, Hardy & Bacon, LLP
Miami Center
201 South Biscayne Boulevard, Suite 2400
Miami, FL 33131-4332

Dean F. Murtagh
German, Gallagher & Murtagh, PC
200 S. Broad Street
The Bellevue, Suite 500
Philadelphia, PA 19102

Leo Joseph Palazzo
Palazzo Law Firm
732 Behrman Hwy.
Suites F&G
Gretna, LA 70056

James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1261

Timothy A. Pratt
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Joseph M. Price
Faegre & Benson, LLP
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402-3901

Paul Steven Schleifman
Shook, Hardy & Bacon, LLP
600 14th Street, N.W.
Suite 800
Washington, DC 20005

Elmore James Shepherd III
Shook, Hardy & Bacon, LLP
Chase Tower, Suite 1600
600 Travis Street
Houston, TX 77002-2911

Robert W. Sink
Law Offices of Robert W. Sink
319 West Front Street
Media, PA 19063

Claudia L. Stringfield-Johnson
Domina Law Office
2425 South 144th Street
P.O. Box 540697
Omaha, NE 68144-3267

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Michael B. Victorson
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553

Jason C. Webster
Abraham Watkins Nichols Sorrels Matthews & Friend
800 Commerce Street
Houston, TX 77002

Russell Allen Wood
Skelton Clark & Wood
414 East Parkway
Russellville, AR 72801

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

INVOLVED JUDGES LIST (CTO-20)
DOCKET NO. 1708
IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY
LITIGATION

Hon. Lance M. Africk
U.S. District Judge
C-405 Hale Boggs Federal Building & U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Wesley E. Brown
Senior U.S. District Judge
423 U.S. Courthouse
401 North Market Street
Wichita, KS 67202

Hon. David Stewart Cercone
U.S. District Judge
7270 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. John T. Copenhaver, Jr.
U.S. District Judge
6009 Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Robert G. Doumar
Senior U.S. District Judge
Walter E. Hoffman U.S. Courthouse
Room 183
600 Granby Street
Norfolk, VA 23510

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Building & U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

~~Hon. William Brevard Hand~~
~~Senior U.S. District Judge~~
~~John A. Campbell U.S. Courthouse~~
~~113 St. Joseph Street~~
~~Mobile, AL 36602-3606~~

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Yvette Kane
Chief Judge, U.S. District Court
U.S. Courthouse
P.O. Box 11817
Harrisburg, PA 17108

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Reginald C. Lindsay
U.S. District Judge
5130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Tucker L. Melancon
U.S. District Judge
4700 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. James S. Moody, Jr
U.S. District Judge
13A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. Gregory A. Presnell
U.S. District Judge
300 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John E. Steele
U.S. District Judge
2-194 U.S. Courthouse & Federal Building
2110 First Street
Ft. Myers, FL 33901

Hon. Alicemarie H. Stotler
Chief Judge, U.S. District Court
10A Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. Sarah S. Vance
U.S. District Judge
C-255 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

# INVOLVED CLERKS LIST (CTO-20)
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
Jack Brooks Federal Building &
U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Fernando Galindo, Acting Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Luther D. Thomas, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Philip B. Lombardi, Clerk
411 Page Belcher Federal Building &
U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter, Clerk
Ronald Reagan Federal Building &
U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546