Case 0:05-md-01708-DWF-AJB   Document 940   Filed 11/27/2006   Page 1 of 3



05-1708

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2006

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 DEC -4 PM 12: 23

OFFICE OF THE CLERK

DOCKET NO. 1708

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-20)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 261 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
NOV 27 2006
U.S. DISTRICT COURT MPLS

Page 1 of 2

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 06-611 | Johnnie W. Palmer v. Guidant Corp., et al. | 06-4604 |
| ~~ALS 1 06-644~~ | ~~Arthur T. Sims, et al. v. Guidant Sales Corp., et al.~~ Opposed 11/21/06 | |
| **ARKANSAS EASTERN** | | |
| ARE 4 06-1417 | Wallace Nunnelly v. Guidant Corp., et al. | 06-4605 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6391 | David Kostrach v. Guidant Corp., et al. | 06-4606 |
| CAC 8 06-870 | Noha Chehade-Aoude v. Guidant Corp. | 06-4607 |
| **FLORIDA MIDDLE** | | |
| FLM 2 06-530 | Amin Elrashedy, et al. v. Guidant Corp., et al. | 06-4608 |
| FLM 6 06-1432 | Eudaldo Alvarez, et al. v. Guidant Corp., et al. | 06-4609 |
| FLM 6 06-1433 | Charles A. Johnson, et al. v. Guidant Corp., et al. | 06-4613 |
| FLM 6 06-1477 | Thomas J. Boro, et al. v. Guidant Corp., et al. | 06-4614 |
| FLM 6 06-1478 | John L. Alberson v. Guidant Corp., et al. | 06-4615 |
| FLM 8 06-1645 | Richard Larson, et al. v. Guidant Corp., et al. | 06-4616 |
| FLM 8 06-1827 | Elijah Vinson v. Guidant Corp., et al. | 06-4617 |
| FLM 8 06-1828 | Sally A. Coon, et al. v. Guidant Corp., et al. | 06-4618 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-61413 | Etoile Rahn Means v. Guidant Corp., et al. | 06-4620 |
| FLS 2 06-14236 | Barbara Joan Kretzschmar, et al. v. Guidant Corp., et al. | 06-4621 |
| **GEORGIA NORTHERN** | | |
| GAN 4 06-205 | Lavanson Chuck Hawley, etc. v. Boston Scientific Corp., et al. | 06-4622 |
| **KANSAS** | | |
| KS 6 06-1287 | Vivian L. Sackhoff, etc. v. Guidant Corp., et al. | 06-4623 |
| **LOUISIANA EASTERN** | | |
| LAE 2 06-6051 | Darlene Petry v. Guidant Corp., et al. | 06-4624 |
| LAE 2 06-6632 | Doris Lewis, etc. v. Guidant Sales Corp. | 06-4625 |
| **LOUISIANA WESTERN** | | |
| LAW 6 06-1530 | Denice C. Skinner, etc. v. Guidant Corp., et al. | 06-4626 |
| **MASSACHUSETTS** | | |
| MA 1 06-11716 | Robert T. McKim, et al. v. Guidant Corp. | 06-4627 |
| **NEBRASKA** | | |
| NE 8 06-600 | Henry Levering, et al. v. Guidant Corp., et al. | 06-4628 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 06-461 | Louie Stewart v. Guidant Corp., et al. | 06-4629 |

SCHEDULE CTO-20 TAG-ALONG ACTIONS (MDL-1708)                                Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE 2  06-2270 | Ann McGaughran, etc. v. Boston Scientific Corp., et al. | 06-4630 |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 1  06-1976 | Ethel Smith, et al. v. Guidant Corp., et al. | 06-4631 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2  06-1220 | Mariano Petilla, M.D. v. Guidant Corp., et al. | 06-4632 |
| PAW 2  06-1221 | Richard Mattia, et al. v. Guidant Corp., et al. | 06-4633 |
| **TEXAS EASTERN** | | |
| TXE 1  06-592 | Victor Brasuell v. Boston Scientific Corp., et al. | 06-4634 |
| TXE 1  06-593 | Joseph Boudreaux v. Boston Scientific Corp., et al. | 06-4635 |
| TXE 2  06-409 | Peter B. Bogda, et al. v. Guidant Corp., et al. | 06-4636 |
| **VIRGINIA EASTERN** | | |
| VAE 2  06-541 | Charles F. Brown v. Guidant Corp., et al. | 06-4637 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2  06-429 | Margaret Collette, etc. v. Boston Scientific Corp., et al. | 06-4638 |